■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY T. SCOTT, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [961 NYS2d 355]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), entered March 8, 2011 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.